**Order entered October 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01269-CV

### IN RE I.C, JAMES DONDERO, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's October 17, 2019 petition for writ of mandamus challenging the trial court's September 11, 2019 order. We **DENY AS MOOT** relator's October 17, 2019 emergency motion to stay the September 11, 2019 pending our disposition of his mandamus petition.


/s/      LESLIE OSBORNE
JUSTICE